UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE BROWN,

    Plaintiff,

v.

    Case No. 1:23-cv-122

    Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

In accordance with the Opinion entered this date:

**IT IS ORDERED** that the Report and Recommendation ("R&R," ECF No. 14) is **APPROVED** and **ADOPTED** as the opinion of the Court.

Dated: March 25, 2024    /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    CHIEF UNITED STATES DISTRICT JUDGE